### SHAPLEIGH v. CHESTER ELECTRIC LIGHT & POWER Co.

*(Circuit Court, E. D. Pennsylvania. October 18, 1891.)*

**EXAMINERS—POWER TO ADJOURN HEARING.**
> The action of an examiner in adjourning the hearing after a witness is tendered for cross-examination is final, and, if the party who offered the witness refuses to produce him for cross-examination, his testimony in chief will be suppressed.

In Equity. On motion to require the production of a witness, or to suppress his deposition.

An examiner, after the direct examination of a witness offered by the respondent was finished, and before his cross-examination was commenced, adjourned the hearing until the following day. On that day he again adjourned it because of the illness of one of the complainant's counsel and the absence of the other. On the day appointed the respondent declined to produce the witness for cross-examination.

*M. W. Collet* and *John R. Bennett*, for complainant.

*William C. Strawbridge* and *J. Bonsall Taylor*, for respondent.

ACHESON, J. The examiner's ruling is final; the witness must be produced within 30 days for cross-examination, or his deposition be stricken out.